| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Devet Pallone Tanenbaum aka Devet Pallone Lee |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of NY |
| Case number | 17-36353-cgm |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of Chalet Series III Trust

**Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 7 6 7 4

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2019

**New total payment:**
Principal, interest, and escrow, if any: $ 2,350.32

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ 667.77   New escrow payment: $ 700.62

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%   New interest rate: _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

Official Form 410S1   Notice of Mortgage Payment Change   page 1

Debtor 1 Devet Pallone Tanenbaum aka Devet Pallone Lee　　　　　Case number *(if known)* 17-36353-cgm
　　　　　First Name　Middle Name　Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Jonathan Schwalb　　　　　　　　　　　　　Date 09/04/2019
　Signature

Print: Jonathan Schwalb　　　　　　　　　　　Title Creditor's Attorney
　　　First Name　Middle Name　Last Name

Company: Friedman Vartolo LLP

Address: 1325 Franklin Avenue
　　　　Number　Street
　　　　Garden City　　　　　NY　11530
　　　　City　　　　　　　　State　ZIP Code

Contact phone: 212-471-5100　　　　　　　Email: bankruptcy@friedmanvartolo.com

SN Servicing Corporation      Final
323 FIFTH STREET
EUREKA, CA 95501
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: August 23, 2019

DEVET P TANENBAUM                                      Loan:
34 WILDRICK RD                                         Property Address:
WALLKILL NY 12589                                      34 WILDRICK ROAD
                                                       WALLKILL, NY 12589

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Dec 2018 to Sept 2019. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Oct 01, 2019: | Escrow Balance Calculation | |
|---|---|---|---|---|
| Principal & Interest Pmt: | 1,649.70 | 1,649.70 | Due Date: | Jul 01, 2019 |
| Escrow Payment: | 667.77 | 700.62 | Escrow Balance: | 1,795.77 |
| Other Funds Payment: | 0.00 | 0.00 | Anticipated Pmts to Escrow: | 2,003.31 |
| Assistance Payment (-): | 0.00 | 0.00 | Anticipated Pmts from Escrow (-): | 5,858.79 |
| Reserve Acct Payment: | 0.00 | 0.00 | Anticipated Escrow Balance: | ($2,059.71) |
| Total Payment: | $2,317.47 | $2,350.32 | | |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | (38,027.78) |
| Dec 2018 | | 0.01 | | * | | 0.00 | (38,027.77) |
| Dec 2018 | | 0.01 | | * | | 0.00 | (38,027.76) |
| Jan 2019 | | 0.01 | | * | | 0.00 | (38,027.75) |
| Jan 2019 | | 0.01 | | * | | 0.00 | (38,027.74) |
| Jan 2019 | | | | 2,548.70 | * City/Town Tax | 0.00 | (40,576.44) |
| Feb 2019 | | 0.01 | | * | | 0.00 | (40,576.43) |
| Feb 2019 | | 0.01 | | * | | 0.00 | (40,576.42) |
| Mar 2019 | | 0.01 | | * | | 0.00 | (40,576.41) |
| Mar 2019 | | 63.68 | | * | Escrow Only Payment | 0.00 | (40,512.73) |
| Apr 2019 | | 0.01 | | * | | 0.00 | (40,512.72) |
| Apr 2019 | | 959.19 | | * | Escrow Only Payment | 0.00 | (39,553.53) |
| May 2019 | | 665.15 | | * | | 0.00 | (38,888.38) |
| May 2019 | | 1,080.00 | | * | Escrow Only Payment | 0.00 | (37,808.38) |
| Jun 2019 | | 665.15 | | * | | 0.00 | (37,143.23) |
| Jun 2019 | | 1,080.00 | | * | Escrow Only Payment | 0.00 | (36,063.23) |
| Jul 2019 | | 665.15 | | * | | 0.00 | (35,398.08) |
| Jul 2019 | | 36,526.08 | | * | Escrow Only Payment | 0.00 | 1,128.00 |
| Aug 2019 | | 667.77 | | * | | 0.00 | 1,795.77 |
| | | | | | Anticipated Transactions | 0.00 | 1,795.77 |
| Aug 2019 | | 1,335.54 | | | | | 3,131.31 |
| Sep 2019 | | 667.77 | | 5,858.79 | School Tax | | (2,059.71) |
| | $0.00 | $44,375.56 | $0.00 | $8,407.49 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date:   August 23, 2019

DEVET P TANENBAUM                                                                                          Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | (2,059.71) | 700.67 |
| Oct 2019 | 700.62 |  |  | (1,359.09) | 1,401.29 |
| Nov 2019 | 700.62 |  |  | (658.47) | 2,101.91 |
| Dec 2019 | 700.62 |  |  | 42.15 | 2,802.53 |
| Jan 2020 | 700.62 | 2,548.70 | City/Town Tax | (1,805.93) | 954.45 |
| Feb 2020 | 700.62 |  |  | (1,105.31) | 1,655.07 |
| Mar 2020 | 700.62 |  |  | (404.69) | 2,355.69 |
| Apr 2020 | 700.62 |  |  | 295.93 | 3,056.31 |
| May 2020 | 700.62 |  |  | 996.55 | 3,756.93 |
| Jun 2020 | 700.62 |  |  | 1,697.17 | 4,457.55 |
| Jul 2020 | 700.62 |  |  | 2,397.79 | 5,158.17 |
| Aug 2020 | 700.62 |  |  | 3,098.41 | 5,858.79 |
| Sep 2020 | 700.62 | 5,858.79 | School Tax | (2,059.76) | 700.62 |
|  | $8,407.44 | $8,407.49 |  |  |  |

 (Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 700.62.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 1,401.25 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (2,059.71).  Your starting balance (escrow balance required) according to this analysis should be $700.67.  This means you have a shortage of 2,760.38. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

We anticipate the total of your coming year bills to be 8,407.49.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 700.62 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $700.62 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

IN RE:

Devet Pallone Tanenbaum aka Devet Pallone Lee,

Debtor.

CASE NO.: 17-36353-cgm

CHAPTER: 13

HON. JUDGE.: Cecelia G. Morris

-----------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

On September 4, 2019, I served a true copy of the annexed **NOTICE OF MORTGAGE PAYMENT CHANGE by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Jonathan Schwalb
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 230
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

**<u>SERVICE LIST</u>**

Devet Pallone Tanenbaum
34 Wildrick Road
Wallkill, NY 12589
*Debtor*

Dena Ghobashy
The Law Office of Dena Ghobashy, PLLC
3 Neptune Road,
Ste A15
Poughkeepsie, NY 12601
*Debtor's Attorney*

Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
*Trustee*

United States Trustee
Office of the United States Trustee
11A Clinton Ave.
Room 620
Albany, NY 12207
*U.S. Trustee*